UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CUDDY LAW FIRM, P.L.L.C.,

Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendant.

26-CV-9972 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

In this case, Plaintiff seeks attorneys' fees in connection with its claim under the Individuals with Disabilities Education Act, Title 20, United States Code, Section 1410 et seq. This matter was referred to me for general pretrial supervision. (*See* ECF 5, Order of Ref.)

IT IS HEREBY ORDERED that, **within 2 weeks of this order,** Plaintiff and Defendant must meet and confer for at least one hour in a good-faith attempt to settle this action. To the extent the parties are unable to settle the case themselves, they must also discuss whether further settlement discussions through the District's Court-annexed mediation program or in a settlement conference before the undersigned would be productive at this time.

IT IS FURTHER ORDERED that, **within 3 weeks of this order**, the parties must submit a joint letter informing the Court whether the parties have settled. If the parties do not reach a settlement, the parties shall, in their joint letter, request that the Court either: (1) refer the case to mediation, (2) set a date for a settlement conference, or (3) proceed with an initial case management conference. The parties should also indicate in their joint letter whether there is any need for discovery. If there is no such need, the parties should include in their letter a proposed briefing schedule for any motions, including motions for summary judgment.

Dated: November 17, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**